

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-19-00740-CV

Eduardo **SANCHEZ** and Alec Transport Limited Liability Company,
Appellants

v.

**SANTANDER BANK, N.A.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVH000777D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

On April 1, 2020, appellants' counsel filed a motion to withdraw as counsel and a motion for extension of time in which to file appellants' brief.

Counsel's motion to withdraw does not comply with Rule 6.5(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5(a). To the extent counsel intends for his motion to be one substituting counsel, the motion does not comply with Rule 6.5(d) of the Texas Rules of Appellate Procedure. *See id.* 6.5(d). Accordingly, counsel's motion to withdraw is **DENIED**.

Appellants' motion for extension of time in which to file appellants' brief is **GRANTED**. Appellants' brief is due on or before April 27, 2020. **Further requests for an extension of time in which to file appellants' brief will be denied absent extraordinary circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court